1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiff, ONITA TUGGLES

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ONITA TUGGLES,                           )  Case No.: C 08-01914 JCS
                                            )
12                                          )
                                            )
13         Plaintiff,                       )
                                            )
14    vs.                                   )  **PLAINTIFF'S DISCLOSURE OF NON-
                                            )  PARTY INTERESTED ENTITIES OR
15 CITY OF ANTIOCH; ANTIOCH POLICE          )  PERSONS**
   DEPARTMENT; JAMES HYDE, Chief of         )
16 Police, Antioch Police Department, in his)
17 official capacity; CORPORAL STEVE BIAS,  )
   OFFICER DESMOND BITTNER, and             )
18 OFFICER WILLIAM DILLARD II, in their     )
   individual and official capacities; COUNTY)
19 OF CONTRA COSTA; HOUSING                 )
20 AUTHORITY OF THE COUNTY OF               )
   CONTRA COSTA; ELIZABETH                  )
21 CAMPBELL, KATHY GUZMAN and               )
   JOANNA RODRIGUEZ, in their individual    )
22 and official capacities,                 )
                                            )
23                                          )
24         Defendants.                      )
                                            )
25                                          )
                                            )
26                                          )
                                            )
27                                          )
28                                          )

---

**PLAINTIFF'S DISCLOSURE OF NON-PARTY**                *Onita Tuggles vs. City of Antioch et al.*
**INTERESTED ENTITIES OR PERSONS**                       **CASE NO. C08-01914 JCS**

-1-

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 16, 2008

Respectfully submitted,

By:   /s/ Jivaka Candappa
JIVAKA CANDAPPA, for Plaintiff,
ONITA TUGGLES