| | |
|---|---|
| 1 | SILVANO B. MARCHESI (SBN 42965) |
| | County Counsel |
| 2 | BERNARD KNAPP (SBN 111720) |
| | Deputy County Counsel |
| 3 | COUNTY OF CONTRA COSTA |
| | 651 Pine Street, 9th Floor |
| 4 | Martinez, California 94553 |
| | Telephone: (925) 335-1800 |
| 5 | Facsimile: (925) 335-1866 |
| | Electronic Mail: bknap@cc.cccounty.us |
| 6 | |
| | Attorneys for Defendant |
| 7 | CONTRA COSTA COUNTY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ONITA TUGGLES, | No. C 08 - 01914 JCS |
|---|---|
| Plaintiff | STIPULATION TO EXTEND TIME FOR DEFENDANT CONTRA COSTA COUNTY TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| CITY OF ANTIOCH, et al., | L.R. 6-1(a) |
| Defendants. | |

Plaintiff Onita Tuggles and defendant Contra Costa County, by and through their respective counsel, agree the time in which Contra Costa County shall answer or otherwise respond to the plaintiff's complaint in this action is extended to and including May 30, 2008. (Signatures on following page.)

//
//
//
//
//

STIPULATION TO EXTEND TIME FOR DEFENDANT CONTRA COSTA COUNTY TO RESPOND TO PLAINTIFF'S COMPLAINT - C 08 - 01914 JCS

1

| | | |
|---|---|---|
| 1 | DATE: May 15, 2008 | SILVANO B. MARCHESI |
| 2 | | COUNTY COUNSEL |
| 3 | | By: _____ |
| 4 | | BERNARD KNAPP |
| | | Deputy County Counsel |
| 5 | | Attorneys for Defendant |
| | | CONTRA COSTA COUNTY |
| 6 | | |
| 7 | DATE: May 15, 2008 | JIVAKA CANDAPPA |
| 8 | | By: _____ |
| 9 | JIVAKA | JAVIKA CANDAPPA |
| | | Attorney for Plaintiff |
| 10 | | ONITA TUGGLES |

STIPULATION TO EXTEND TIME FOR DEFENDANT CONTRA COSTA COUNTY TO
RESPOND TO PLAINTIFF'S COMPLAINT - C 08 - 01914 JCS

2