AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Onita Tuggles | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| City of Antioch, Antioch Police Department et al. | ) | C08-01914 ADR JCS |
| Defendant | ) | |

**Summons in a Civil Action**

To:   See attached.
      *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jivaka Candappa, Attorney at Law
46 Shattuck Square, #15
Berkeley, CA 94704

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 1 0 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

*Onita Tuggles v. City of Antioch et al.*

**Names and Addresses of Defendants**

1. City of Antioch, 212 H Street, Antioch, CA 94509
2. Antioch Police Department, 300 L Street, Antioch, CA 94509
3. Chief James Hyde, Antioch Police Department, 300 L Street, Antioch, CA 94509
4. Corporal Steve Bias, Antioch Police Department, 300 L Street, Antioch, CA 94509
5. Officer Desmond Bittner, Antioch Police Department, 300 L Street, Antioch, CA 94509
6. Officer William Dillard II, Antioch Police Department, 300 L Street, Antioch, CA 94509
7. County of Contra Costa, 651 Pine Street, Room 106, Martinez, CA 94553
8. Housing Authority of the County of Contra Costa, 1805 Arnold Drive, Martinez, CA 94553
9. Joanna Rodriguez, Housing Authority of the County of Contra Costa, 1805 Arnold Drive, Martinez, CA 94553
10. Elizabeth Campbell, Housing Authority of the County of Contra Costa, 1805 Arnold Drive, Martinez, CA 94553
11. Kathy Guzman, Housing Authority of the County of Contra Costa, 1805 Arnold Drive, Martinez, CA 94553

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on City of Antioch

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/30/2008_____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Janet Chalk, City Clerk, City of Antioch _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 25.00 for travel and $ 10.00 for services, for a total of $ 35.00.

Date: 04/30/2008

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on Antioch Police Department

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       Darlene Flournoy, Antioch Police Department_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: ___04/30/2008___

_____
Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
_____
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

### Proof of Service on Chief James Hyde

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   Darlene Flournoy, Antioch Police Department  ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 25.00 for travel and $ 10.00 for services, for a total of $ 35.00 .

Date:   04/30/2008

_____
Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704

Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service** on Corporal Steve Bias

I declare under penalty of perjury that I served the summons and complaint in this case on __04/30/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Darlene Flournoy, Antioch Police Department ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__ .

Date: __04/30/2008__

_Server's signature_

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on Officer Desmond Bittner

I declare under penalty of perjury that I served the summons and complaint in this case on ____04/30/2008____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Darlene Flournoy, Antioch Police Department_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: ____04/30/2008____

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on Officer William Dillard II

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        __Darlene Flournoy, Antioch Police Department_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: __04/30/2008__

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

                                                            **Proof of Service** *on the County of Contra Costa*

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/30/2008_____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       Katherine Sinclair, Clerk of the Board, Contra Costa County _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__ .

Date:     04/30/2008

                                                  *Server's signature*

                                      **Bernice Espinoza**
                                           Printed name and title

                                     46 Shattuck Square, #15
                                     Berkeley, CA 94704

                                               Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service** on the Housing Authority of the County of Contra Costa

I declare under penalty of perjury that I served the summons and complaint in this case on ____04/30/2008____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Katherine Sinclair, Clerk of the Board, Contra Costa County _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: ____04/30/2008____

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704

Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on Joanna Rodriguez

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Katherine Sinclair, Clerk of the Board, Contra Costa County__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _25.00_ for travel and $ _10.00_ for services, for a total of $ _35.00_.

Date: ___04/30/2008___

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704

Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service** on Elizabeth Campbell

I declare under penalty of perjury that I served the summons and complaint in this case on ____04/30/2008____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Katherine Sinclair, Clerk of the Board, Contra Costa County ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: ____04/30/2008____

*[Server's signature]*

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on Kathy Guzman

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Katherine Sinclair, Clerk of the Board, Contra Costa County    ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 25.00 for travel and $ 10.00 for services, for a total of $ 35.00.

Date:   04/30/2008

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704

Server's address