```
1   JIVAKA CANDAPPA, (SBN 225919)
    46 Shattuck Square, # 15
2   Berkeley, CA 94704
    Telephone: (510) 981-1808
3   Facsimile: (510) 981-1817
4
5   Attorney for Plaintiff, ONITA TUGGLES
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES, | Case No.: C 08-01914 JCS |
| Plaintiff, | |
| vs. | |
| CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; COUNTY OF CONTRA COSTA; HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA; ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ, in their individual and official capacities, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

**CERTIFICATE OF SERVICE**           *Onita Tuggles vs. City of Antioch et al.*
                                      **CASE NO. C08-01914 JCS**

-1-

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of 18 and not a party to this action. My business address is 46 Shattuck Square, #15, Berkeley, CA 94704.

On April 30, 2008, I served on Janet Chalk, City Clerk, City of Antioch, copies of the following documents addressed to the City of Antioch:

**FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR THE HONORABLE JOSEPH C. SPERO; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CASE MANAGEMENT CONFERENCE ORDER; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; GUIDELINES ON FILING PROCESS IN U.S. DISTRICT COURT IN SAN FRANCISCO.**

On April 30, 2008, I also served copies of the foregoing documents on:

- Darlene Flournoy of the Antioch Police Department and addressed to Antioch Police Department; Chief James Hyde, Antioch Police Department; Corporal Steve Bias, Antioch Police Department; Officer Desmond Bitttner, Antioch Police Department; and Officer William Dillard II, Antioch Police Department; and

- Katherine Sinclair, Clerk of the Board, County of Contra Costa and addressed to County of Contra Costa; Housing Authority of the County of Contra Costa; Joanna Rodriguez, Housing Authority of the County of Contra Costa; Elizabeth Campbell, Housing Authority of the County of Contra Costa; and Kathy Guzman, Housing Authority of the County of Contra Costa.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 2, 2008, at Berkeley, California.

_____
Bernice Espinoza

---

CERTIFICATE OF SERVICE

*Onita Tuggles vs. City of Antioch et al.*
CASE NO. C08-01914 JCS