1   SILVANO B. MARCHESI (SBN 42965)
    County Counsel
2   BERNARD KNAPP (SBN 111720)
    Deputy County Counsel
3   COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
4   Martinez, California 94553
    Telephone: (925) 335-1800
5   Facsimile:  (925) 335-1866
    Electronic Mail: bknap@cc.cccounty.us

6
    Attorneys for Defendant
7   CONTRA COSTA COUNTY

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12
    ONITA TUGGLES,                        No. C 08 - 01914 JCS
13
                  Plaintiff               STIPULATION TO EXTEND TIME FOR
                                          DEFENDANT CONTRA COSTA COUNTY
14                                        TO RESPOND TO PLAINTIFF'S
                                          COMPLAINT
15  v.
                                          _____
16  CITY OF ANTIOCH, et al.,
                                          L.R. 6-1(a)
17                Defendants.

18

19

20        Plaintiff Onita Tuggles and defendant Contra Costa County, by and through their

21  respective counsel, agree the time in which Contra Costa County shall answer or otherwise

22  respond to the plaintiff's complaint in this action is extended to and including May 30, 2008.

23  (Signatures on following page.)

24  //

25  //

26  //

27  //

28  //

STIPULATION TO EXTEND TIME FOR DEFENDANT CONTRA COSTA COUNTY TO
RESPOND TO PLAINTIFF'S COMPLAINT - C 08 - 01914 JCS                              1

1   DATE: May 15, 2008                 SILVANO B. MARCHESI
                                   COUNTY COUNSEL

2

3

                               By: _____
4                                BERNARD KNAPP
                                Deputy County Counsel
                                Attorneys for Defendant
5                                CONTRA COSTA COUNTY

6

7   DATE: May 15, 2008                 JIVAKA CANDAPPA

8

                             By: _____
9         JIVAKA     JAVIKA CANDAPPA
                                Attorney for Plaintiff
                                  ONITA TUGGLES

10

11

12  Dated: May 16, 2008

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT CONTRA COSTA COUNTY TO
RESPOND TO PLAINTIFF'S COMPLAINT - C 08 - 01914 JCS

                                                                         2