UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>　　　　Plaintiff<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | No. C 08 - 01914 JCS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:_____           _____/S/_____
　　　　　　　　　　　　　　　　Bernard Knapp
　　　　　　　　　　　　　　　　Deputy County Counsel

　　　　　　　　　　　　　　　　Counsel for:
　　　　　　　　　　　　　　　　CONTRA COSTA COUNTY