1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiff, ONITA TUGGLES

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ONITA TUGGLES,                          )  Case No.: C 08-01914 JCS
                                           )
12                                         )
                                           )
13         Plaintiff,                      )
                                           )
14         vs.                             )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER SELECTING ADR PROCESS**
15 CITY OF ANTIOCH; ANTIOCH POLICE         )
   DEPARTMENT; JAMES HYDE, Chief of        )
16 Police, Antioch Police Department, in his )
   official capacity; CORPORAL STEVE BIAS, )
17 OFFICER DESMOND BITTNER, and            )
   OFFICER WILLIAM DILLARD II, in their    )
18 individual and official capacities; COUNTY )
19 OF CONTRA COSTA; HOUSING                )
   AUTHORITY OF THE COUNTY OF              )
20 CONTRA COSTA; ELIZABETH                 )
   CAMPBELL, KATHY GUZMAN and              )
21 JOANNA RODRIGUEZ, in their individual   )
22 and official capacities,                )
                                           )
23                                         )
           Defendants.                     )
24                                         )
                                           )
25                                         )
                                           )
26                                         )
                                           )
27                                         )
                                           )
28                                         )

**STIPULATION AND [PROPOSED] ORDER**               *Onita Tuggles vs. City of Antioch et al.*
**SELECTING ADR PROCESS**                          **CASE NO. C 08-01914 JCS**
                              -1-

1  Counsel report that they have met and conferred regarding ADR and have reached the
2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  • The parties agree to participate in Mediation pursuant to ADR L.R. 6.
4  The parties further agree to hold the ADR session by the presumptive deadline of 90
5 days from the date of the order referring the case to an ADR process unless otherwise ordered
6 by the Court.

7  DATED: July 7, 2008        By: /s/ Jivaka Candappa_____
8                                  JIVAKA CANDAPPA
                                   Attorney for Plaintiff
9                                  ONITA TUGGLES

10 DATED: July \_\_\_\_, 2008      MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
11                              PFALZER, BORGES, & BROTHERS LLP

12
                                By: _____
13                                  JAMES V. FITZGERALD, III
                                    NOAH G. BLECHMAN
14                                  Attorneys for Defendants
15                                  CITY OF ANTIOCH et al.

16 DATED: July 7, 2008          EDRINGTON, SCHIRMER & MURPHY LLP

17
                                By: /s/ Nancy A. McPherson_____
18                                  TIMOTHY P. MURPHY
                                    NANCY MCPHERSON
19                                  Attorneys for Defendants
                                    CONTRA COSTA COUNTY
20                                  HOUSING AUTHORITY et al.
21
22 DATED: July 7, 2008          SILVANO B. MARCHESI, COUNTY COUNSEL

23                              By: /s/ Bernard Knapp_____
                                    BERNARD KNAPP
24                                  Deputy County Counsel
                                    Attorneys for Defendants
25                                  CONTRA COSTA COUNTY

26
27
28

**STIPULATION AND [PROPOSED] ORDER**          *Onita Tuggles vs. City of Antioch et al.*
**SELECTING ADR PROCESS**                     **CASE NO. C 08-01914 JCS**
-2-

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; COUNTY OF CONTRA COSTA; HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA; ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ, in their individual and official capacities,<br><br>Defendants. | Case No.: C 08-01914 JCS<br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

-2-

1   Pursuant to the parties' stipulation, the captioned matter is hereby referred to mediation.
2   The mediation session shall take place within 90 days from the date of this order.
3   **IT IS SO ORDERED.**
4
5   DATED: _____
6
                                By: _____
7                                   HON. JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28