1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONITA TUGGLES, | ) | Case No.: C 08-01914 JCS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER SELECTING ADR PROCESS |
| CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; COUNTY OF CONTRA COSTA; HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA; ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ, in their individual and official capacities, | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER SELECTING ADR PROCESS

*Onita Tuggles vs. City of Antioch et al.*
CASE NO. C 08-01914 JCS

-1-

-2-

1    Pursuant to the parties' stipulation, the captioned matter is hereby referred to mediation.
2 The mediation session shall take place within 90 days from the date of this order.
3 **IT IS SO ORDERED.**
4
5 DATED:  July 14, 2008
6
7          By: _____
             HON. JOSEPH C. SPERO
8            UNITED STATES MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero)*

**[PROPOSED] ORDER SELECTING**                *Onita Tuggles vs. City of Antioch et al.*
**ADR PROCESS**                                **CASE NO. C 08-01914 JCS**
-2-