1  JIVAKA CANDAPA (SBN 225919)
   46 Shattuck Square, Suite 15
2  Berkeley, CA 94704
   Telephone: (510) 981-1808
3  Facsimile: (510) 981-1817
   Electronic Mail:  jcandappa@sbcglobal.net
4
   Attorneys for Plaintiff
5  ONITA TUGGLES

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | ONITA TUGGLES,              | No. C 08 - 1914 JCS
13 |        Plaintiff,           | VOLUNTARY DISMISSAL AND
                                   STIPULATION TO DISMISSAL OF
14 |    vs.                      | ENTIRE ACTION AS TO DEFENDANT
                                   COUNTY OF CONTRA COSTA,
15 | CITY OF ANTIOCH, et al.,    | WITHOUT PREJUDICE
                                   F.R.Civ.P. 41(a)(1)(A)(ii)
16 |        Defendants.          |

17

18      Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), plaintiff Onita Tuggles hereby voluntarily

19 dismisses this action as to defendant County of Contra Costa only, said dismissal to be without

20 prejudice.

21   DATE: July 15, 2008              LAW OFFICE OF JIVAKA CANDAPPA

22                                    By: /s/ Jivaka Candappa

23                                    JIVAKA CANDAPPA
                                      Attorney for Plaintiff
24                                    ONITA TUGGLES

25

VOLUNTARY DISMISSAL & STIPULATION          *Onita Tuggles vs. City of Antioch et al.*
TO DISMISSAL OF ENTIRE ACTION AS TO              CASE NO. C 08-01914 JCS
DEFENDANT COUNTY OF CONTRA        -1-
COSTA WITHOUT PREJUDICE

| | |
|---|---|
| DATE: June 26, 2008 | SILVANO B. MARCHESI<br>COUNTY COUNSEL<br>By: /s/ Bernard Knapp<br>―――――――――――――――<br>Bernard Knapp<br>Deputy County Counsel<br>Attorney for Defendant<br>CONTRA COSTA COUNTY |
| DATE: July 11, 2008 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS<br><br>By: /s/ James V. Fitzgerald III<br>―――――――――――――――<br>James V. Fitzgerald III<br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER and OFFICER WILLIAM DILLARD II |
| DATE: July 14, 2008 | EDRINGTON, SCHIRMER & MURPHY<br><br>By: /s/ Timothy P. Murphy<br>―――――――――――――――<br>Timothy P. Murphy<br>Attorneys for Defendant<br>HOUSING AUTHORITY OF CONTRA COSTA COUNTY, ELIZABETH CAMPBELL, KATHY GUZMAN, and JOANNA RODRIGUEZ |