JIVAKA CANDAPA (SBN 225919)
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817
Electronic Mail:  jcandappa@sbcglobal.net

Attorneys for Plaintiff
ONITA TUGGLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF ANTIOCH, et al.,<br><br>        Defendants. | No. C 08 - 1914 JCS<br><br>VOLUNTARY DISMISSAL  AND STIPULATION TO DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT COUNTY OF CONTRA COSTA, <u>WITHOUT PREJUDICE</u><br>F.R.Civ.P. 41(a)(1)(A)(ii) |

    Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), plaintiff Onita Tuggles hereby voluntarily dismisses this action as to defendant County of Contra Costa only, said dismissal to be without prejudice.

DATE: July 15, 2008                    LAW OFFICE OF JIVAKA CANDAPPA

                                        By: /s/ Jivaka Candappa
                                        _____
                                        JIVAKA CANDAPPA
                                        Attorney for Plaintiff
                                        ONITA TUGGLES

| | |
|---|---|
| DATE: June 26, 2008 | SILVANO B. MARCHESI<br>COUNTY COUNSEL<br>By: /s/ Bernard Knapp<br>   Bernard Knapp<br>   Deputy County Counsel<br>   Attorney for Defendant<br>   CONTRA COSTA COUNTY |
| DATE: July 11, 2008 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS<br><br>By: /s/ James V. Fitzgerald III<br>   James V. Fitzgerald III<br>   Attorneys for Defendants<br>   CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER and OFFICER WILLIAM DILLARD II |
| DATE: July 14, 2008 | EDRINGTON, SCHIRMER & MURPHY<br><br>By: /s/ Timothy P. Murphy<br>   Timothy P. Murphy<br>   Attorneys for Defendant<br>   HOUSING AUTHORITY OF CONTRA COSTA COUNTY, ELIZABETH CAMPBELL, KATHY GUZMAN, and JOANNA RODRIGUEZ |
| Dated: July 16, 2008 | **IT IS SO ORDERED**<br>/s/ Judge Joseph C. Spero<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |