# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-1914 JCS**

**CASE NAME: ONITA TUGGLES v. CITY OF ANTIOCH, ET AL.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen Hom

**DATE**: July 25, 2008       **TIME: 20 mins**     **COURT REPORTER**: Not Recorded

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jivaka Canduppa | James Fitzgerald, III - City of Antioch, et al. |
| | Tim Murphy - Housing Authority, et al. |

**PROCEEDINGS:**                                    **RULING:**

**1. Case Management Conference**                   **Held.**

**ORDERED AFTER HEARING:**

**This case is referred to Chief Magistrate Judge Larson for a settlement conference, to occur within 90 days, or at the convenience of Judge Larson's calendar. The referral to the Court's ADR program for Mediation is withdrawn.**
**Dft City of Antioch will complete their initial Rule 23 disclosures by 7/30/8.**
**A joint updated case management conference statement shall be due by 10/17/8.**

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   10/24/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ()Jury   ()Court | **Set for** | **days** |

**cc:**     Chambers; Karen, Wings, ADR
* (T) = Telephonic Appearance