UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONITA TUGGLES,   Case No. C-08-01914 JCS

    Plaintiff(s),

  v.   **CASE MANAGEMENT AND PRETRIAL ORDER**

CITY OF ANTIOCH, ET AL.,

    Defendant(s).
_____/

Following a case management conference held on **July 25, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case is referred to Chief Magistrate Judge James Larson for a settlement conference, to occur within ninety (90) days, or at the convenience of Judge Larson's calendar. Counsel will be contacted by Judge Larson's chambers with a date and time of the conference.

2. The referral to the Court's ADR program for Mediation is withdrawn.

3. Defendant City of Antioch shall complete their initial Rule 23 disclosures by July 30, 2008.

4. An updated joint case management conference statement shall be due by **October 17, 2008.**

5. A further case management conference is set for **October 24, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge