TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
individually and in their official capacities.
(CASE NO.: C08-01709 SI)

Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ
(CASE NO.: C08-01914 JCS)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian.<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities.<br><br>　　　　　Defendants. | CASE NO.: C08-01709 SI<br><br>**[PROPOSED] ORDER IN SUPPORT OF OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R.3-12) BY DEFENDANTS ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities**<br><br>(N.D. Local Rule No. 3-12(e)) |

1  Plaintiff in the case of *Williams v. City of Antioch* (No. 08-02301 SBA) filed this
2  Administrative Motion to request that the following cases be considered related:

3  1.  *Williams v. City of Antioch* (No. 08-02301 SBA);
4  2.  *DeArmand E. v. City of Antioch* (No. 08-01709 SI); and
5  3.  *Tuggles v. City of Antioch* (No. 08-01914 JCS).

6  Upon review of plaintiffs' papers and opposition papers, it is order that the three cases are
7  not related pursuant to Local Rule 3-12.

10  DATED:                                   _____
                                              JUDGE SUSAN ILLSTON