JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiff ONITA TUGGLES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONITA TUGGLES, | ) | Case No.: C 08-01914 (JCS) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF UNAVAILABILITY OF** |
| | ) | **COUNSEL** |
| CITY OF ANTIOCH; ANTIOCH POLICE | ) | |
| DEPARTMENT; JAMES HYDE, Chief of | ) | |
| Police, Antioch Police Department, in his | ) | |
| official capacity; CORPORAL STEVE BIAS, | ) | |
| OFFICER DESMOND BITTNER, and | ) | |
| OFFICER WILLIAM DILLARD II, in their | ) | |
| individual and official capacities; COUNTY | ) | |
| OF CONTRA COSTA; HOUSING | ) | |
| AUTHORITY OF THE COUNTY OF | ) | |
| CONTRA COSTA; ELIZABETH | ) | |
| CAMPBELL, KATHY GUZMAN and | ) | |
| JOANNA RODRIGUEZ, in their individual | ) | |
| and official capacities, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE OF UNAVAILABILITY OF COUNSEL                    *Onita Tuggles vs. City of Antioch et al.*
                                                      **CASE NO. C 08-01914 (JCS)**

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that commencing August 13, 2008, and continuing through August 24, 2008, Jivaka Candappa, attorney for Plaintiff herein, will be on vacation and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court, or appearing at deposition.

DATED:  August 6, 2008                    By:____/s/ Jivaka Candappa_____
                                          JIVAKA CANDAPPA, for Plaintiff
                                          ONITA TUGGLES

---

**NOTICE OF UNAVAILABILITY OF COUNSEL**          *Onita Tuggles vs. City of Antioch et al.*
                                                 **CASE NO. C 08-01914 (JCS)**