IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeARMAND E., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants.<br>  / | No. C 08-1709 SI<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES** |

    Plaintiffs in *Williams v. City of Antioch*, Case No. C 08-2301 SBA, have filed an administrative motion to consider whether the *Williams* case, and also the case of *Tuggles v. City of Antioch, et al.,* Case No. C 08-1914 JCS, should be related to this instant case pursuant to Local Rule 3-12(a). Defendants oppose the request.

    This Court finds that neither of the later filed cases is related to this instant action within the meaning of Local Rule 3-12(a). This Court expresses no view on whether the *Williams* case is related to the *Tuggles* case.

**IT IS SO ORDERED.**

Dated: August 21, 2008

                                                                              SUSAN ILLSTON<br>
                                                                              United States District Judge