1   TIMOTHY P. MURPHY, ESQ. (SB# 120920)
    EDRINGTON, SCHIRMER & MURPHY LLP
2   2300 Contra Costa Blvd., Suite 450
    Pleasant Hill, CA 94523
3   Telephone: (925) 827-3300
    Facsimile: (925) 827-3320
4

5   Attorneys for Defendants
    HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH
6   CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ONITA TUGGLES,                          Case No.  C 08-01914 JSC

12                 Plaintiff,

13  v.                                      **STIPULATION TO POSTPONE CASE
                                            MANAGEMENT CONFERENCE AND
14  CITY OF ANTIOCH; ANTIOCH POLICE         [PROPOSED] ORDER THEREON**
    DEPARTMENT; JAMES HYDE, Chief of
15  Police, Antioch Police Department, in his
    official capacity; CORPORAL STEVE BIAS,
16  OFFICER DESMOND BITTNER, and
    OFFICER WILLIAM DILLARD II, in their
17  individual and official capacities; COUNTY OF
    CONTRA COSTA; HOUSING AUTHORITY
18  OF THE COUNTY OF CONTRA COSTA;
    ELIZABETH CAMPBELL, KATHY
19  GUZMAN and JOANNA RODRIGUEZ, in
    their individual and official capacities,
20
21                 Defendants.

22          The following stipulation has been entered into by all parties to the above-captioned matter,

23  through their attorneys of record.

24          1.     At the first Case Management Conference, this matter was referred to Magistrate Judge

25  Larson for a Settlement Conference, to be held "within ninety (90) days, or at the convenience of

26  Judge Larson's calendar."  (Case Management and Pretrial Order dated 7/28/08).

27

28

                                            1

2.   A Further Case Management Conference was scheduled for October 24, 2008 based on the assumption that the Settlement Conference with Magistrate Judge Larson would be completed by that date.

3.   By Notice dated August 27, 2008, Magistrate Judge Larson scheduled the Settlement Conference in this matter for December 5, 2008.

4.   Based on the foregoing, the parties stipulate and respectfully request that the further Case Management Conference be rescheduled to a date convenient to the court's calendar after December 5, 2008.

IT IS SO STIPULATED.

Dated: 9-3-08                                 /s/ Jivaka Candappa
                                              Jivaka Candappa, Esq.
                                              Attorney for Plaintiff


Dated: 9-3-08                                 /s/ James V. Fitzgerald
                                              James V. Fitzgerald, Esq.
                                              Attorney for City of Antioch, Antioch
                                              Police Department; James Hyde, Chief
                                              of Police; Corporal Steve Gias, Officer
                                              Desmond Bittner and Officer Williams
                                              Dillard II


Dated: 9-3-08                                 /s/ Timothy P. Murphy
                                              Timothy P. Murphy, Esq.
                                              Attorney for Housing Authority of the
                                              County of Contra Costa, Elizabeth
                                              Campbell, Kathy Guzman and Joanna
                                              Rodriguez


## **ORDER**

Having reviewed the foregoing Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference scheduled for October 24, 2008 is hereby VACATED. This matter is rescheduled for a further Case Management Conference on _____, at 1:30 p.m.

1        IT IS FURTHER ORDERED that an updated joint case management conference statement

2   shall be due by _____.

3        IT IS SO ORDERED.

4

5   Dated: _____          _____

6                                                     JOSEPH C. SPERO
                                                      United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENC AND [PROPOSED] ORDER THEREON