TIMOTHY P. MURPHY, ESQ. (SB# 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants
HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; COUNTY OF CONTRA COSTA; HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA; ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ, in their individual and official capacities,<br><br>Defendants. | Case No. C 08-01914 JSC<br><br>STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |

The following stipulation has been entered into by all parties to the above-captioned matter, through their attorneys of record.

1. At the first Case Management Conference, this matter was referred to Magistrate Judge Larson for a Settlement Conference, to be held "within ninety (90) days, or at the convenience of Judge Larson's calendar." (Case Management and Pretrial Order dated 7/28/08).

1

2. A Further Case Management Conference was scheduled for October 24, 2008 based on the assumption that the Settlement Conference with Magistrate Judge Larson would be completed by that date.

3. By Notice dated August 27, 2008, Magistrate Judge Larson scheduled the Settlement Conference in this matter for December 5, 2008.

4. Based on the foregoing, the parties stipulate and respectfully request that the further Case Management Conference be rescheduled to a date convenient to the court's calendar after December 5, 2008.

IT IS SO STIPULATED.

Dated: 9-3-08

/s/ Jivaka Candappa
Jivaka Candappa, Esq.
Attorney for Plaintiff

Dated: 9-3-08

/s/ James V. Fitzgerald
James V. Fitzgerald, Esq.
Attorney for City of Antioch, Antioch Police Department; James Hyde, Chief of Police; Corporal Steve Gias, Officer Desmond Bittner and Officer Williams Dillard II

Dated: 9-3-08

/s/ Timothy P. Murphy
Timothy P. Murphy, Esq.
Attorney for Housing Authority of the County of Contra Costa, Elizabeth Campbell, Kathy Guzman and Joanna Rodriguez

### ORDER

Having reviewed the foregoing Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference scheduled for October 24, 2008 is hereby VACATED. This matter is rescheduled for a further Case Management Conference on ___December 12, 2008___, at 1:30 p.m.

STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENC AND [PROPOSED] ORDER THEREON

1      IT IS FURTHER ORDERED that an updated joint case management conference statement shall be due by ___December 8, 2008_____.

    IT IS SO ORDERED.

Dated: ___September 4, 2008_____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Joseph C. Spero]*

STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENC AND [PROPOSED] ORDER THEREON