# EDRINGTON, SCHIRMER & MURPHY LLP

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
OWEN T. ROONEY
NANCY A. McPHERSON
EILEEN D. BOUSSINA
KRISTEN L. CHESNUT
RHETT R. JOHNSON

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

December 10, 2008

**IT IS SO ORDERED**
Judge James Larson

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Ave., Courtroom F, 15th Fl.
San Francisco, CA 94102

Re: *Onita Tuggles v. Housing Authority of the County of Contra Costa*
Case No. 08-01914 JCS

Dear Judge Larson:

A further Settlement Conference is scheduled to take place on Tuesday, February 24, 2009 at 10:00 a.m. in your courtroom. I am scheduled to be in Alameda County Superior Court on February 24, 2009 the same morning on another case for oral argument on a Motion for Summary Judgment.

We hereby respectfully request that the further Settlement Conference currently scheduled for February 24, 2009 be moved to February 18, 2009 at 2:00 p.m. We have conferred with your clerk and all parties, and all are available on the proposed new date and time.

Thank you for your assistance. If you have any questions, please do not hesitate to call.

Very truly yours,

Timothy P. Murphy

TPM:cb
Cc: Jivaka Candappa, Esq. (via e-filing)
James Fitzgerald, Esq. (via e-filing)