TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants Housing
Authority of the County of Contra Costa,
Elizabeth Campbell, Kathy Guzman and
Joanna Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | Case No.: C 08-01914 JCS<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS certain parties to this action, namely, Plaintiff, ONITA TUGGLES and defendants HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into separate agreements for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and General Release and the Agreement Between Plaintiff Onita Tuggles and Housing Authority of Contra Costa County Defendants to Preserve and Protect the Confidentiality of Juvenile Court and Juvenile Police Records, to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

1

1     WHEREAS the Settlement Agreements cover all the claims between the Settling Parties in this action;

    WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

    WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

    WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.     Plaintiff's action defendants HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ, including references to said parties in each of Plaintiff's causes of action set out in Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

2.     The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreements.

SO STIPULATED.

DATED: April 8, 2009

By _____
JIVAKA CANDAPPA, ESQ.
Attorney for Plaintiff,
ONITA TUGGLES

DATED: April 7, 2009

EDRINGTON, SCHIRMER & MURPHY

By _____
TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendants
HOUSING AUTHORITY OF THE
COUNTY OF CONTRA COSTA,
ELIZABETH CAMPBELL, KATHY
GUZMAN and JOANNA RODRIGUEZ

///

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/10/09

By_____
MAGISTRATE JUDGE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California — signed Judge Joseph C. Spero]*

Stipulation for Entry of Order of Dismissal and [Proposed] Order