

1  Jivaka Candappa (SBN 225919)
   LAW OFFICE OF JIVAKA CANDAPPA
2  46 Shattuck Square, Suite 15
   Berkeley, California 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4
   Attorney for Plaintiff
5  ONITA TUGGLES

6  Timothy P. Murphy (SBN 120920)
   Nancy A. McPherson (SBN 129464)
7  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Blvd., Suite 450
8  Pleasant Hill, California 94523
   Telephone: (925) 827-3300
9  Facsimile: (925) 827-3320

10 Attorneys for Defendants
   HOUSING AUTHORITY OF THE COUNTY
11 OF CONTRA COSTA, ELIZABETH
   CAMPBELL, KATHY GUZMAN, and
12 JOANNA RODRIGUEZ

13

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16 ONITA TUGGLES,                          Case No.: C 08-01914 JCS (JL)

17         Plaintiff,                  )
                                       )
18      vs.                            )
                                       )
19 CITY OF ANTIOCH; ANTIOCH POLICE     )   **AGREEMENT BETWEEN PLAINTIFF**
   DEPARTMENT; JAMES HYDE, Chief of    )   **ONITA TUGGLES AND HOUSING**
20                                     )   **AUTHORITY OF CONTRA COSTA**
   Police, Antioch Police Department, in his official )  **COUNTY DEFENDANTS TO**
21 capacity; CORPORAL STEVE BIAS, OFFICER )  **PRESERVE AND PROTECT THE**
   DESMOND BITTNER, and OFFICER        )   **CONFIDENTIALITY OF JUVENILE**
22 WILLIAM DILLARD II, in their individual and )  **COURT AND JUVENILE POLICE**
                                       )   **RECORDS**
   official capacities; COUNTY OF CONTRA )
23 COSTA; HOUSING AUTHORITY OF THE     )   Complaint Filed: April 10, 2008
   COUNTY OF CONTRA COSTA; ELIZABETH   )
24 CAMPBELL, KATHY GUZMAN and JOANNA   )
   RODRIGUEZ, in their individual and official )
25                                     )
   capacities,                         )
26         Defendants.                 )
                                       )
27 _____  )

28

_Onita Tuggles v. City of Antioch et al._          1          Case No. C 08-01914 JCS (JL)
                                                        Agreement Re. Confidentiality of Juvenile Records

1    This Agreement ("Agreement") is made and entered into by and between Plaintiff ONITA

2  TUGGLES (hereinafter referred to as "Tuggles"), and Defendants HOUSING AUTHORITY OF

3  THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and

4  JOANNA RODRIGUEZ (hereinafter collectively referred to as "HACCC"), hereinafter

5  collectively referred to as the "Parties."

6                                    **I.    PURPOSE**

7    A.    This Agreement constitutes a material part of the overall settlement agreement

8  between Plaintiff and Defendants HACCC in the case of *Onita Tuggles v. City of Antioch et al.*,

9  case number C 08-01914 JCS (JL).

10    B.    The Parties share a mutual interest in preserving and protecting the confidentiality of

11  court and police records pertaining to minors.  The overall objective of this Agreement is to ensure

12  that Defendants HACCC comply with federal and state law protecting the confidentiality of

13  juvenile court and juvenile police records so as to protect minors from being denied the

14  rehabilitative efforts of the juvenile justice system, and to prevent the lifelong stigma that results

15  from having a juvenile police record.

16    C.    This Agreement is binding upon and enforceable as to all parties to this Agreement,

17  their officials, principals, agents, employees, successors, assignees, attorneys and representatives.

18    D.    This Agreement is not intended in any way to impair the rights of the parties to this

19  Agreement to seek relief under applicable federal, state or local law for any reason whatsoever, and

20  accordingly, any proceeding that is brought to enforce the terms of this Agreement shall not be

21  deemed to limit thereby the rights and remedies of any of the parties to this Agreement.

22                                  **II.    DEFINITIONS**

23    A.    **Juvenile Case File**

24    As set forth in California Rules of Court Rule 5.552(a), a juvenile case file for purposes of

25  this Agreement includes:

26    1) All documents filed in a juvenile court case;

27    (2) Reports to the court by probation officers, social workers of child welfare services

28  programs, and CASA volunteers;

1    (3) Documents made available to probation officers, social workers of child welfare

2 services programs, and CASA volunteers in preparation of reports to the court;

3    (4) Documents relating to a child concerning whom a petition has been filed in juvenile

4 court that are maintained in the office files of probation officers, social workers of child welfare

5 services programs, and CASA volunteers;

6    (5) Transcripts, records, or reports relating to matters prepared or released by the court,

7 probation department, or child welfare services program; and

8    (6) Documents, video or audio tapes, photographs, and exhibits admitted into evidence at

9 juvenile court hearings.

10    B.    **Juvenile Police Record**

11    As set forth in California Welfare and Institutions Code § 827.9, a Juvenile Police Record

12 for purposes of this Agreement consists of any record or information gathered by any law

13 enforcement agency relating to the taking of a minor into custody, temporary custody or detention.

14    C.    **CASA**

15    As defined in California Welfare and Institutions Code § 101, "CASA" for purposes of this

16 Agreement means a Court-Appointed Special Advocate. "CASA" also refers to a Court

17 Designated Child Advocate in programs which have utilized that title.

18    D.    **Housing Authority of the County of Contra Costa**

19    The "Housing Authority of the County of Contra Costa" includes the entity itself, its

20 officials, principals, agents, employees, representatives, attorneys, and any person acting on behalf

21 of the Housing Authority of the County of Contra Costa.

22    **III.    AGREEMENT**

23    A.    Pursuant to 42 U.S.C. § 1437d(q)(1)(C) Defendants HACCC shall disclose or

24 provide information relating to criminal convictions of juveniles only to the extent that release of

25 such information is authorized under the laws of the State of California.

26    B.    Defendants HACCC shall obtain the prior approval and written authorization of the

27 presiding judge of the juvenile court or a judicial officer of the juvenile court prior to inspecting,

28 using, copying, or disseminating a juvenile case file, any portion thereof, and information relating

1    to the contents of any juvenile case file.

2        C.    Defendants HACCC shall obtain the prior approval and written authorization of the

3    presiding judge of the juvenile court or a judicial officer of the juvenile court prior to inspecting,

4    using, copying, or disseminating a juvenile police record, any portion thereof, and information

5    relating to the contents of any juvenile police record.

6        D.    Defendants HACCC shall obtain the prior approval and written authorization of the

7    presiding judge of the juvenile court before incorporating a juvenile case file or juvenile police

8    record, any portion thereof, and information relating to the contents of any juvenile case file or

9    police record as an attachment to any other document.

10        E.    Defendants HACCC shall file a Petition for Disclosure of Juvenile Court Records in

11   seeking to inspect or obtain juvenile court records.

12        F.    Defendants HACCC shall comply with California Rules of Court Rule 5.552(d) in

13   providing notice of a Petition for Disclosure of Juvenile Court Records.

14        G.    The parties to this Agreement through their respective signatories agree to submit to

15   the jurisdiction of the United States District Court for the Northern District of California for the

16   purpose of enforcing the terms of this Agreement, even if such enforcement proceedings occur after

17   termination of this action.

18

19   DATED: 4/10/09          By: _Onita Tuggles_
                                 Plaintiff, ONITA TUGGLES

20

21   DATED: 4-7-09           Defendant, HOUSING AUTHORITY OF
                             THE COUNTY OF CONTRA COSTA

22

23                           By: _____
24                               JOSEPH VILLARREAL
                                 EXECUTIVE DIRECTOR
25

26

27   DATED: 4/7/09           By: _Elizabeth Campbell_
                                 Defendant, ELIZABETH CAMPBELL
28

DATED: 4.7.09        By: _____
                     Defendant, JOANNA RODRIGUEZ

DATED: 4-7-09        By: _____
                     Defendant, KATHY GUZMAN

**APPROVED AS TO FORM:**

DATED: 4/10/09       LAW OFFICE OF JIVAKA CANDAPPA

                     By: _____
                     JIVAKA CANDAPPA
                     Attorney for Plaintiff
                     ONITA TUGGLES

DATED: 4-8-09        EDRINGTON, SCHIRMER & MURPHY LLP

                     BY: _____
                     TIMOTHY P. MURPHY
                     NANCY A. MCPHERSON
                     Attorneys for Defendants
                     HOUSING AUTHORITY OF THE COUNTY OF
                     CONTRA COSTA, ELIZABETH CAMPBELL,
                     KATHY GUZMAN AND JOANNA RODRIGUEZ

**ORDER**

Pursuant to the agreement of the parties,

**IT IS SO ORDERED.**

Dated _4/13/09_

                     HON. JOSEPH C. SPERO
                     UNITED STATES MAGISTRATE