
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONITA TUGGLES,

        Plaintiff(s),

  v.

CITY OF ANTIOCH, ET AL.,

        Defendant(s).

_____/

Case No. C08-01914 JCS

**ORDER ON DISCOVERY RE: LETTER BRIEF  FILED ON MAY 29, 2009 [Docket No. 72]**

      On May 29, 2009, the parties filed a Joint Letter regarding a discovery dispute as to Plaintiff's Amended  Request for Production of Documents, Set One.

      On June 19, 2009, the Court issued rulings on the discovery dispute. IT IS HEREBY ORDERED as follows:

      1.    Defendants shall produce, in response to Requests Nos. 19 and 42, the same documents that are being produced in response to these requests in case no. 08-1709 SI.

      2.    In response to Requests Nos. 116 and 118, Defendants shall produce all requests from the City of Antioch to the Housing Authority of Contra Costa County for lists of section 8 properties or of section 8 voucher recipients. The motion to compel the remaining category of documents falling within these requests is denied as moot.

      3.    In response to Request No. 119, Defendants shall produce communications that occurred from December 1, 2007 through March 31, 2008 between the City and neighborhood groups regarding the December 2007 report by Public Advocates

titled "Policing Low-Income African-American Families in Antioch."

IT IS SO ORDERED.

Dated: June 22, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge