UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF ANTIOCH, ET AL.,<br><br>    Defendant(s).<br>_____/ | Case No. C08-01914 JCS<br><br>**ORDER DENYING LETTER BRIEF RE: PLAINTIFF'S REQUEST FOR ADDITIONAL DEPOSITIONS [Docket No. 105]** |

On August 20, 2009, Plaintiff filed a Letter Brief Re: Plaintiff's Request for Additional Depositions (the "Motion").

Pursuant to Civil Local Rule 7-1(b), the Court finds that the Motion is appropriate for decision without oral argument.

IT IS HEREBY ORDERED that the Motion is DENIED. Plaintiff has not shown good cause for taking the additional depositions.

IT IS SO ORDERED.

Dated: August 25, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge