For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES, | Case No. C-08-01914 JCS |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING PRETRIAL AND TRIAL DATES AND REFERRING CASE TO JUDGE LARSON FOR A FURTHER SETTLEMENT CONFERENCE** |
| CITY OF ANTIOCH, ET AL., | |
| Defendant(s). | |

Following a Status Conference Re: Stipulation and Proposed Order to Continue Pretrial and Trial Dates held on **October 30, 2009,**

IT IS HEREBY ORDERED THAT:

1. The parties are referred to Magistrate Judge James Larson for a further settlement conference to occur at the convenience of his calendar. The parties will be notified by Judge Larson's chambers with a date and time for the settlement conference.

2. The final pretrial conference date of December 11, 2009, at 1:30 p.m., has been continued to **August 6, 2010, at 1:30 p.m.**

3. The jury trial date of January 19, 2010 at 8:30 a.m., has been continued to **August 30, 2010, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: November 2, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge