Jivaka Candappa (SBN 225919)
LAW OFFICE OF JIVAKA CANDAPPA
180 Grand Avenue, Suite 700
Oakland, California 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400

Attorney for Plaintiff
ONITA TUGGLES

James V. Fitzgerald, III (SBN 55632)
Petra Bruggisser (SBN 241173)
MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES &
BROTHERS LLP
1211 Newell Avenue
Walnut Creek, California 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH and OFFICER
DESMOND BITTNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONITA TUGGLES,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF ANTIOCH, and OFFICER DESMOND BITTNER, in his individual and official capacities,<br><br>        Defendants. | Case No.: C 08-01914 JCS<br><br>**STIPULATION AND ORDER NO. 1: RECEIPT OF STATE FUNDING BY DEFENDANT CITY OF ANTIOCH FOR PROVISION OF LAW ENFORCEMENT SERVICES**<br><br>Trial Date: August 30, 2010<br>Judge: Hon. Joseph C. Spero<br>         Ctrm A, 15th Floor |

All parties, by and through their respective counsel, hereby stipulate that Defendant City of Antioch receives state funding for the provision of law enforcement services, and did receive such

monies in 2006, 2007, and thereafter.

**IT IS SO STIPULATED.**

DATED: July 26, 2010          By:          /s/ Jivaka Candappa
                                    _____
                                    JIVAKA CANDAPPA
                                    Attorney for Plaintiff
                                    ONITA TUGGLES

DATED: July 26, 2010          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                              PFALZER, BORGES, & BROTHERS LLP
                                    /s/ James Fitzgerald, III
                              By: _____
                                    JAMES V. FITZGERALD, III
                                    PETRA BRUGGISSER
                                    Attorneys for Defendants
                                    CITY OF ANTIOCH and
                                    OFFICER DESMOND BITTNER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __08/05/10_____

_____
HON. _____
United States _____ Judge

*Judge Joseph C. Spero*