1   Jivaka Candappa (SBN 225919)
    LAW OFFICE OF JIVAKA CANDAPPA
2   180 Grand Avenue, Suite 700
3   Oakland, California  94612
    Telephone: (510) 628-0300
4   Facsimile: (510) 628-0400

5   Attorney for Plaintiff
    ONITA TUGGLES
6

7   James V. Fitzgerald, III (SBN 55632)
    Petra Bruggisser (SBN 241173)
8   MCNAMARA, DODGE, NEY, BEATTY,
    SLATTERY, PFALZER, BORGES &
9   BROTHERS LLP
10  1211 Newell Avenue
    Walnut Creek, California  94596
11  Telephone: (925) 939-5330
    Facsimile: (925) 939-0203
12

13  Attorneys for Defendants
    CITY OF ANTIOCH and OFFICER
14  DESMOND BITTNER

15

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                                    )
                                      )
19  ONITA TUGGLES,                    )   Case No.: C 08-01914 JCS
                                      )
20              Plaintiff,            )   **STIPULATION AND ORDER NO. 2:**
                                      )   **DEFENDANT DESMOND BITTNER**
21          vs.                       )   **ACTED UNDER COLOR OF LAW**
                                      )
22  CITY OF ANTIOCH, and OFFICER      )
    DESMOND BITTNER, in his individual and )   Trial Date:  August 30, 2010
23  official capacities,              )   Judge:  Hon. Joseph C. Spero
                                      )            Ctrm A, 15th Floor
24              Defendants.           )
                                      )
25                                    )
                                      )
26                                    )

27          All parties, by and through their respective counsel, hereby stipulate that Antioch Police

28  Department Officer, Defendant Desmond Bittner, acted under color of law at all relevant

times identified in this lawsuit.

       **IT IS SO STIPULATED.**


DATED:  July 26, 2010        By:      /s/ Jivaka Candappa
                                   _____
                                   JIVAKA CANDAPPA
                                   Attorney for Plaintiff
                                   ONITA TUGGLES


DATED:  July 26, 2010        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES, & BROTHERS LLP
                                    /s/ James Fitzgerald, III
               By: _____
                                   JAMES V. FITZGERALD, III
                                   PETRA BRUGGISSER
                                   Attorneys for Defendants
                                   CITY OF ANTIOCH and
                                   OFFICER DESMOND BITTNER


       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  __08/05/10_____

Judge Joseph C. Spero