**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONITA TUGGLES,                                          Case No.  C08-01914 JCS

        Plaintiff(s),

    v.                                                    **ORDER DIRECTING JURY
COMMISSIONER TO FURNISH DAILY
REFRESHMENTS**

CITY OF ANTIOCH,

        Defendant(s).

_____/

      IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall
furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-
entitled matter beginning **August 30, 2010**, **at 7:00 a.m.**, for the duration of the trial, and lunch
during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A,
15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

      IT IS SO ORDERED.

Dated: August 26, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge