UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONITA TUGGLES,                                    Case No. C08-01914 JCS

         Plaintiff(s),

     v.                                          **ORDER GRANTING PLAINTIF'S
REQUEST TO PROCEED IN FORMA
PAUPERIS ON APPEAL**
CITY OF ANTIOCH, ET AL.,                          **[Docket No.  205]**

         Defendant(s).
_____/

     Plaintiff Onita Tuggles has filed a Notice of Appeal in the above-captioned matter.  Plaintiff has also filed an Application to Proceed In Forma Pauperis on appeal.  Pursuant to Federal Rule of Appellate Procedure 24, the Court GRANTS the Plaintiff's request.

     IT IS SO ORDERED.

Dated: October 8, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge