Michael T. O'Flannigan (SBN: 242153)
moflannigan@gmail.com
MICHAEL O'FLANNIGAN, ATTORNEY AT LAW
P.O. Box 411413
San Francisco, CA 94141-1413
Telephone: (415) 385-8223
Facsimile: (415) 285-2994

Attorney for Appellant
ONITA TUGGLES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ONITA TUGGLES,<br><br>　　　　Plaintiff and Appellant,<br><br>　v.<br><br>CITY OF ANTIOCH, ET AL.,<br><br>　　　　Defendants and Respondents. | Case No: 08-CV-01914 (JCS)<br><br>(Ninth Circuit Case No. 10-17181)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED SHORTENING OF TIME FOR MOTION FOR STAY OF EXECUTION OF AMENDED BILL OF COSTS PENDING APPEAL AND FOR LEAVE TO FILE MOTION FOR RELIEF FROM AMENDED BILL OF COSTS**<br><br>**[Local Rule 6-1, 6-2 & 7-12]**<br><br>Room:　Courtroom A, 15th Floor<br>Judge:　Hon. Joseph C. Spero |

**ORDER**

　　　　Pursuant to Local Rules 6–1 and 6-2, Plaintiff and Appellant Onita Tuggles ("Plaintiff") and Defendants and Respondents City of Antioch, Antioch Police Department, James Hyde, Corporal Steve Bias, Officer Desmond Bittner, and Officer William Dillard II ("Defendants"), parties in the above-captioned matter, jointly stipulate to shortening time for hearing the Plaintiff's Motion for Stay of Execution of Amended Bill of Costs Pending Appeal, and For Leave to File Motion for Relief from Amended Bill of Costs.

//

//

//

[~~Proposed~~] Order Granting Stipulated Shortening of Time for Motion for Stay of Execution of Amended Bill of Costs Pending Appeal and for Leave to File Motion for Relief from Amended Bill of Costs

1     Having reviewed the foregoing stipulation of the parties, and good cause appearing:

2     IT IS ORDERED that the Stipulation for Order Shortening Time on Plaintiff's Motion for Stay of Execution of Amended Bill of Costs Pending Appeal, and For Leave to File Motion for Relief from Amended Bill of Costs is GRANTED. The hearing on Plaintiff's motion currently scheduled for March 18, 2011 at 1:30 p.m. is hereby rescheduled for March 11, 2011 at __1:30__ a̶.̶m̶.̶/p.m.

    IT IS FURTHER ORDERED that the current briefing deadlines shall remain in effect. Defendants' Opposition Brief is due February 25, 2011; Plaintiff's Reply Brief is due March 4, 2011.

    PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __February 28__, 2011



_____
Hon. Joseph C. Spero

_____
C̶l̶e̶r̶k̶ ̶o̶f̶ ̶C̶o̶u̶r̶t̶

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Stipulated Shortening of Time for Motion for Stay of Execution of Amended Bill of Costs Pending Appeal and for Leave to File Motion for Relief from Amended Bill of Costs